JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Kim, an individual<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MAPFRE Insurance Company, et al.,<br><br>　　　　　Defendant. | **CASE NO: 2:19-CV-04090-PSG-AS**<br><br>*Assigned to: Judge Philip S. Gutierrez*<br>*Courtroom*: 6A<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

　　Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No.: 2:19-CV-004090-PSG-AS, is dismissed in its entirety with prejudice, with each party to bear its own fees, costs, and expenses in this matter.

////

////

IT IS SO ORDERED

Dated  July 8, 2020  .

_____
United States District Judge